UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNIFER MOORE, | ) | |
|     Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 3:19-cv-30007-MGM |
| | ) | |
| BRITISH AIRWAYS PLC, | ) | |
| a Foreign Corporation | ) | |
|     Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jennifer Moore, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the Memorandum and Order Regarding Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment and Judgment in a Civil Case entered in this action on December 28, 2020.

Dated: January 12, 2021

Respectfully submitted,

_____
Kevin Chrisanthopoulos, Esq.
KC Law
30 Court Street, Suite 1
Westfield, MA 01085
Tel (413) 251-1010
Fax (413) 372-1610
Kevin@kctrialattorney.com
BBO # 643734

**Certificate of Service**

    I, Kevin Chrisanthopoulos, Esq., certify that I have caused a copy of this Notice of Appeal to be served electronically and by mailing a copy of the same to All counsel of Record, on January 12, 2021.

Date:   January 12, 2021             Signed under the pains and penalties of perjury.

_____
Kevin Chrisanthopoulos, Esq.