# United States Court of Appeals
## For the First Circuit

No. 21-1037

JENNIFER MOORE,

Plaintiff, Appellant,

v.

BRITISH AIRWAYS PLC, a foreign corporation,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: April 29, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of British Airways is vacated, its denial of Jennifer Moore's motion for partial summary judgment is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day. Two-thirds costs shall be taxed in favor of Jennifer Moore.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Mark G. Mastroianni, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Kevin Chrisanthopoulos, Anthony U. Battista, Marissa Lefland, Samantha M. Holloway