UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| <u>JENNIFER   MOORE,</u> | ) |
| | ) |
| Plaintiff(s), | )   Civil Action No. 19-30007-MGM |
| | ) |
| v. | ) |
| | ) |
| | ) |
| <u>BRITISH AIRWAYS PLC,</u> | ) |
| Defendant(s) | ) |

SETTLEMENT ORDER OF DISMISSAL
September 19, 2022

MARK G.MASTROIANNI:   U.S.D.J. :

The court, having been advised on  <u>September 19, 2022</u>  that the above-entitled action has been settled .

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

 /s/ Mary Finn
Mary Finn
Deputy Clerk